United States District Court
Southern District of Texas
**ENTERED**
February 05, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPHINE GALBEARTH-ROBAIR, *Plaintiff,* § § § | |
| V. § | CIVIL ACTION NO. 4:19cv4797 |
| § THE UNITED STATES EQUAL OPPORTUNITY COMMISSION, HOUSTON DISTRICT OFFICE, *Defendant.* § § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum, and Recommendation dated January 18, 2021 (ECF 15) and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court. This is dismissed without prejudice for lack of subject matter jurisdiction.

**SIGNED** at Houston, Texas this 5th day of February, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE